**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

LOVEPREET SINGH,  )
                  )
       Petitioner,  )
                  )
v.                )          Case No. CIV-26-279-J
                  )
SCARLET GRANT, et al.,  )
                  )
       Respondents.  )

## JUDGMENT

Pursuant to the Order filed this same day, the Court GRANTS Petitioner's habeas petition in so far as it finds Respondents violated the Immigration and Nationality Act. Respondents shall provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) or otherwise release Petitioner within seven days of this Judgment's date. Respondents shall also certify compliance within ten days of the Order filed this same day.

IT IS SO ORDERED this 16th day of April, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE